WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 05506
Rock K. Jung, Esq.
Nevada Bar No. 10906
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
esmith@wrightlegal.net
rjung@wrightlegal.net
*Attorneys for Plaintiff, PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>vs.<br><br>DESERT RAIN HOLDINGS, LLC; DOE INDIVIDUALS I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:17-cv-01793-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

COMES NOW, Plaintiff, PROF-2013-S3 Legal Title Trust, by U.S. Bank National Association, as Legal Title Trustee (hereinafter "Plaintiff" or "U.S. Bank"), by and through its attorney, ROCK K. JUNG, ESQ., of the law firm of Wright, Finlay & Zak, LLP, and Defendant, Desert Rain Holdings, LLC (hereinafter "Desert" or "Defendant"), by and through its counsel of record, Joseph P. Reiff, Esq., hereby stipulate and agree to extend the time to disclose experts.

///

///

**A.    DISCOVERY COMPLETED**

      1.     Plaintiffs' Initial and Supplemental Disclosures.

      2.     Plaintiff's Subpoena Duces Tecum to Highland Hills Homeowners Association.

      3.     Plaintiffs' written discovery (interrogatories, requests for production and requests for admission) to Desert Rain Holdings, LLC.

      4.     Desert Rain Holdings, LLC's responses to Plaintiffs' written discovery (requests for production and requests for admission).

**B.    DISCOVERY THAT REMAINS TO BE COMPLETED**

      1.     Desert Rain Holdings, LLC's responses to Plaintiff's First Set of Interrogatories.

      2.     Plaintiff's deposition of Desert Rain Holdings, LLC.

      3.     Plaintiff's deposition of Highland Hills Homeowners Association.

      4.     Plaintiff's deposition of Alessi & Koenig, LLC.

      5.     Defendants' deposition of Plaintiff.

      6.     Plaintiff's written discovery (interrogatories, requests for production and requests for admission) to Highland Hills Homeowners Association.

**C.    REASON WHY DISCOVERY HAS NOT BEEN COMPLETED**

Good cause and excusable neglect justify an extension of the deadlines at this time. On December 5, 2017, Plaintiff filed its First Amended Complaint adding a new party, Highland Hills Homeowners Association (hereinafter "HOA"). It is anticipated that, once the HOA appears, an amended discovery plan will be filed. However, at this time, the parties are desirous to extend only the Expert disclosure and Rebuttal Expert Disclosure Deadline at this time.

**D.    PROPOSED PRE-TRIAL DEADLINES AND DISCOVERY SCHEDULE**

| EVENT | CURRENT DATE | PROPOSED DATE |
| --- | --- | --- |
| Expert Disclosures | December 18, 2017 | December 29, 2018 |
| Rebuttal Expert Disclosures | January 16, 2018 | January 26, 2018 |

**E.    CURRENT TRIAL DATE**

A trial date is not currently set for this matter.

**F.  CONCLUSION**

Accordingly, for good cause shown and excusable neglect, the parties respectfully request that the Court enter the accompanying order to extend the aforementioned discovery deadlines in this matter.

IT IS SO STIPULATED.

**WRIGHT, FINLAY & ZAK, LLP**

| | |
|---|---|
| */s/ Rock K. Jung, Esq.* | */s/ Joseph P. Reiff, Esq.* |
| EDGAR C. SMITH, ESQ. | JOSEPH P. REIFF, ESQ. |
| Nevada Bar No. 05506 | Nevada Bar No. 6469 |
| E-Mail: esmith@wrightlegal.net | E-Mail: lvtkt3887000@gmail.com |
| ROCK K. JUNG, ESQ. | 3001 E. Charleston Blvd., Suite A |
| Nevada Bar No. 10906 | Las Vegas, Nevada 89104 |
| E-Mail: rjung@wrightlegal.net | *Attorney For:* |
| 7785 W. Sahara Ave., Suite 200 | *Desert Rain Holdings, LLC* |
| Las Vegas, Nevada 89117 | |
| *Attorneys For:* | |
| *PROF-2013-S3 Legal Title Trust,* | |
| *U.S. Bank National Association, as Legal Title Trustee* | |

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 18, 2017