# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>DESERRT RAIN HOLDINGS, LLC; HIGHLAND HILLS HOMEOWNERS ASSOCIATION, INC, et al.,<br><br>Defendants. | Case No. 2:17-cv-01793-APG-PAL<br><br>**ORDER**<br><br>(ECF. No. 23) |

In light of HIGHLAND HILLS HOMEOWNERS' ASSOCIATION, INC.'S demand for security of costs (ECF No. 23),

IT IS HEREBY ORDERED that PROF-2013-S3 LEGAL TITLE TRUST, BY U.S. BANK NATIONAL ASSOCIATION, AS LEGAL TITLE TRUSTEE shall post a $500.00 cost bond with the court on or before February 2, 2018.

DATED THIS 2nd day of January, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE